UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **LARRY COFFMAN, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:06CV1594 HEA |
| | ) |
| **ALAN BLAKE, et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiffs' complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this <u>13th</u> day of <u>December</u>, 2006.

_____
**UNITED STATES DISTRICT JUDGE**